IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-314-F-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PAUL LAWRENCE MCDUFFIE | ) | |

This matter is before the court *sua sponte*. The defendant has failed to comply with the court's Order of August 10, 2015 [DE-149]. In that order, the court informed the defendant that he had not complied with Local Criminal Rule 55.2, E.D.N.C., and Section T of the court's CM/ECF Administrative Policies and Procedures Manual. The court further instructed the defendant to file a renewed motion to seal with the requisite supporting document by August 28, 2015. That deadline has passed without action by the defendant. Accordingly, pursuant to Local Criminal Rule 55.2(b)(3), the document [DE-147] will not be considered by the court unless either (1) a renewed motion to seal is filed, or (2) an unsealed version of the document is filed within three business days of entry of this order. Otherwise, "[a] party desiring to remove a proposed sealed document or docket entry therefor from the docket sheet must file a motion to strike in accordance with Local Criminal Rule 47.1" *Id.*

SO ORDERED.

This, the 8 day of September, 2015.

JAMES C. FOX
Senior United States District Judge